| Date | Pleading Number | |
|---|---|---|
| 6/22/71 | | ORDER TO SHOW CAUSE, HEARING ORDER filed today. Set for July 30, 1971 Denver Colorado. Notice of Hearing sent to Counsel. Involved judges notified. |
| 6/28/71 | | INTERNATIONAL INDUSTRIES INC. request for an extension of time to file and serve response to ~~motion~~ OSC. ORDER entered extending time to file and serve response to and including July 16, 1971. Notified counsel. |
| 7/6/71 | | Request of pltfs. W.D. Mo. for ext. of time to & incl. 7/16/71. |
| 7/6/71 | | Order entered extending time of pltfs. W.D. Mo. to 7/16/71 to respond. |
| 7/12/71 | 1 | JOINT BRIEF AND RESPONSE OF PLAINTIFFS, HELFENBEIN, CIRCLE INVESTMENTS OF MISSOURI, CRESCENT INVESTMENTS OF IOWA, JOE JIMMIE REED AND RICHARD HARVEY to order to show cause. w/ certificate of service |
| 7/16/71 | | RUDOLPH WETH V. INTL. IND., E.D.PA., CA 70-2256 ORDER extending to and including 7/16/71 for plaintiff to file and serve response to SCO. |
| 7/16/71 | | Request of plaintiff for extension (RULDOLPH WETH) to/incl. 7/16/71 |
| 7/19/71 | 2 | RUDOLPH WETH (P) response to SCO |
| 7/19/71 | 3 | INTERNATIONAL INDUSTRIES, INC. Response to SCO |
| 7/23/71 | 4 | Joint response of pltfs. Fairbanks & Webb and Menninger |
| 8/23/71 | | CONSENT of Transferee Court (Judge Becker, Chief Judge) for Judge Collinson's assignment to the litigation. |
| 8/23/71 | | OPINION and Order transferring the following actions from the districts they are pending to the W.D. Missouri for assignment to Judge Collinson  Fairbanks v. International Ind., N.D. Cal., 71-653-OJC  William H. Webb v. International Industries Inc., N.D.Cal., 71-654-ACW  Nenninger v. International Ind., N.D. Cal, 71-655-GHB  Weth v. International Ind., E.D. Pa., 70-2256 |
| 2/18/72 | 5 | Motion of plaintiffs (B-1 through B-3) to add three actions to the litigation pending in W.D.Mo. for assignment to Judge Collinson pursuant to 28 U.S.C. §1407 w/cert of service. |
| 2/28/72 | | Letter request on behalf of EHR Corp., Master Host, and International Industries for an extension of time to file response to motion involving B-1 through B-3 |
| 2/28/72 | | ORDER EXtending time to file response to motion involving B-1 through B-3 to and including March 10, 1972. Notified counsel |
| 3/6/72 | | John Rosser v. International Industries, Inc., et al., W.D. Mo. 20037-4  R.C.T. Huang v. International Ind., Inc., et al., W.D. Mo. 20036-4  Finch v. Master Hosts Intl, N.D. Calif., C.A. C-71-926-RFP  ORDER Set for hearing March 24, 1972, New York, New York |
| 3/8/72 | 6 | Defendants response to motion for transfer of the Finch, Huang, and Rosser Actions) w/cert of service. |
| 3/16/72 | | BERNARD A. FINCH V. MASTER HOSTS INTL., INC., N.D. CAL., C-71-926  ROSSER V. INTL. INDUSTRIES, INC. W.D.MO. 20037-4  HUANG V. INTL. INDUSTRIES, W.D. MO. 20036-4  Request of plaintiff attorney for extension to 3/16/72 to file reply brief. |
| 3/16/72 | | ORDER - granting plaintiff to and including 3/16/72 to file and serve reply brief |
| 3/20/72 | 7 | REPLY BRIEF of Plaintiffs to motion w/cert of service. |

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 5/30/72 | FINCH V. MASTER HOSTS INTL., N.D. CALIF. C-71-926-PFD ROSSER V. INTL. IND., INC., W.D.MO 20037-4 HUANG V. INTL. IND., ET AL., W.D.MO 20036-4  OPINION AND ORDER consolidating actions in the W.D. Missouri and assigning to Judge Collinson who is handling the other 9 actions for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 | |
| 5/23/73 | IHOP 36-09 v. FMS Management Systems, Inc., S.D.Fla, 73-331-Civ-CF  CTO entered today. Notified counsel, involved judges. | |
| 6/6/73 | IHOP 36-09 v. FMS Mgmt. Systems, Inc., S.D. Fla., 73-331-civ-CF  Notice of Oppoition by def. FMS Mgmt. Systems, w/cert. of service. | |
| 6/6/73 | ORDER staying execution of CTO in IHOP v. FMS Mgmt. Systems. | |
| 6/7/73 | IHOP 36-09 v. FMS Mgmt. Systems, Inc., S.D. Fla., 73-331-Civ-CF  Notice of Opposition def. International Industries, Inc. w/cert. of serv. | |
| 6/7/73 | Request for ext. of time for filing motion & brief until Judge Collinson rules on 1404(a) motion & prop. settlement of MDL-77. | |
| 6/7/73 | ORDER ext. to & incl. July 6, within which to file motion & supporting brief in IHOP 36-09. Distributed to all counsel. | |
| 6/11/73 | FMS management Systems request for extension of time. | |
| 7/6/73 | FMS management Inc. motion and brief to vacate Conditonal Transfer Order w/cert. of service | |
| 7/6/73 | Plaintiffs response (IHOP-36-09) responsive pleading to CTO w/cert/ of service | |
| 7/6/73 | INTERNATIONAL INDUSTRIES motion and brief to vacate CTO w/cert. of service | |
| 7/16/73 | IHOP 36-09 Inc. request for extension to file reply brief  ORDER extending to IHOP 36-09 Inc. July 25, 1973 to file and serve reply breif. Notified service counsel | |
| 7/25/73 | IHOP 36-09 request for additional extension to file reply brief | |
| 7/27/73 | ORDER extending to 8/1/73 to IHOP 36-09 to file and serve reply Notified counsel | |
| 8/1/73 | IHOP 36-09 Inc. v. FMS Management Systems, S.D.Fla 73-331-CF  HEARING ORDER entered today. Notified involved judges, service counsel set for September 28, 1973, New York, New York | |
| 7/29/73 | IHOP-36-09 brief in opposition to motion to transfer w/affidavits and cert. of service | |
| 8/7/73 | I.H.O.P. 36-09, Inc. v. FMS Management Systems, Inc., S.D. Fla 73-331-Civ-CF  INternational Industries request for extension to file reply brief to Sep. 4 - ORDER entered extending International Industries time to file reply to and Including September 4, 1973 | |
| 8/7/73 | I.H.O.P. 36-09, Inc. v. FMS Management Systems, Inc., S.D.Fla. 73-331-civ-CF  FMS request for extension to file reply to Aug. 15, 1973  ORDER extending FMS time to file and serve reply to Aug. 15, 1973  Notified involved counsel | |
| 8/15/73 | (12) Reply Brief of FMS Management Systems, Inc. to opposition to Conditional Transfer order. | |
| 9/4/73 | (13) International Industries, Inc. reply brief | |
| 9/17/73 | (14) I.H.O.P. 36-09 supplemental response to motion to vacate CTO in (S.D. Fla, 73-331-Civ-CF) | |
| 9/24/73 | (15) INTERNATIONAL INDUSTRIES response to plaintiffs supplemental brief | |

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 10-30-73 | ROBERT C.T. HUANG V. INTERNATIONAL INDUSTRIES, ET AL., N.D.CAL. N.D.CALIF., C-73-1814  See B-3 | |
| | JOHN ROSSER V. INTERNATIONAL INDUSTRIES, ET AL., N.D. CAL. C-73-1813 | See B-2 |
| | CTO entered today. Notified counsel, involved judges. | |
| 11/15/73 | Robert C. T. Huang XXXXXXXXXXXXXXXXXXXXX v, International Ind., Inc., etal N.D. Calif. C-73-1814-WTS | |
| | John Rosser v. International Industries, Inc., et al., N.D. Cal, C-73-1813-WTS | |
| | CTO final today. Notified transferee clerk, involved judges. | |
| 3-21-74 | FRED HOUSEHOLDER V. INTERNATIONAL HOUSE OF PANCAKES, D. MD., 73-396-k | |
| | CTO entered today. Notified counsel, involve judges. | |
| 4/8/74 | FRED HOUSEHOLDER V. INTERNATIONL HOUSE OF PANCAKES, D. MD. 73-396-K | |
| | CTO final today. Notified clerks and judges. | |
| 4/26/74 | I.H.O.P. 36-09 v. FMS MANAGEMENT, S.D.FLA., 73-331 Civ. CF OPINION AND ORDER entered today lifting stay of May 23, 1973 CTO and transferring action to the W.D. Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 | |
| 6/25/76 | WILLIAM H. WEBB V. INTERNATIONAL INDUSTRIES, INC., W.D.MO., Civil Action No. 19663-2 -- CRO FILED TODAY. Notified counsel involved judge. | |
| 6/25/76 | SUGGESTION OF REMAND -- Judge Collinson letter dated June 15, 1976 | |
| 7/12/76 | WILLIAH H. WEBB V. INTERNATIONAL INDUSTRIES, INC.,W.D. MO., W.D. Missouri, 19663-2 -- CONDITIONAL REMAND ORDER FINAL TODAY Notified Clerks, involved judges | |

OPINION AND ORDER of August 23, 1971 **331** F. Supp. **556**

*May 30, 1972 343 F. Supp.* DOCKET NO. **77**
*948 (1972)*

*Opinion and Order, April 26, 1974 374 F. Supp 1406*

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation *Computer ID Code 886*

IN RE INTERNATIONAL HOUE OF PANCAKES FRANCHISE LITIGATION

*✱ Transferred to Judge Collinson, W.D. Mo, 8/23/71*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Robert J. Helfenbein & Circle Investments of Missouri, Inc. v. International Industries, Inc., et al. | W.D. Mo. 17281-2 | Collinson | | |
| A-2 | Robert J. Helfenbein & Crescent Investments of Iowa, Inc. v. International Industries, Inc., et al. | W.D. Mo. 17282-2 | " | | |
| A-3 | Joe Jimmie Reed v. International Industries, Inc. | W.D. Mo. 19231-2 | " | | |
| A-4 | Richard D. Harvey v. International Industries, Inc., et al. | W.D. Mo. 19281-2 | " | | |
| A-5 | Terry W. Fairbanks v. International Industries, Inc. | N.D. Cal. 71-653-OJC | | ✱8/23/71 | 8/26/71 19662-2 |
| A-6 | William H. Webb v. International Industries, Inc. *CPU 6/25/76 Remanded* | N.D. Cal. 71-654-~~ACW~~ OJC | | ✱8/23/71 7/12/76 | 8/26/71 19663-2 |
| A-7 | John N. Nenninger v. International Industries, Inc. | N.D. Cal. 71-655-~~SHB~~ OJC | | ✱8/23/71 | 8/26/71 19664-2 19665-2 |
| A-8 | Rudolf Weth v. International Industries | E.D. Pa. 70-2256 | VanArtsdalen | ✱8/23/71 | 8/26/71 PA-8/31/71 |
| A-9 | Richard L. Erickson v. International Industries, Inc. | E.D.Pa. 71-1874 | | ✱8/23/71 | 8/26/71 19666-2 PA 8/31/71 |
| B-1 | Bernard A. Finch v. Master Hosts International, Inc. ~~to~~ | N.D. Cal C-71 926 | RFP | 5/30/72 | 20377-2 6/12/72 |
| B-2 | John Rosser v. International Industries Inc., et al. *10/30/73* | W.D. Mo. 20037-12 | N.D.CAL. 73-1914-WTS *Same No. 11/15/73* | | 20037-2 |
| B-3 | Robert C.T. Huang v. International Industries, et al. *10/30/73* | W.D. Mo. 20036-12 | N.D.CAL. 73-1913-WTS *Same No. 11/15/73* | | 20036-2 |
| B-4 | International House of Pancakes Inc., etc. v. FMS Management Systems, Inc *5/23/73* *Dismissed 5/29/75* | S.D. Fla. 73-331-CIV-CF | | 4/26/74 | 75CV337W-2 |

✱ *1406(a) transfer to N.D. Calif by Judge Collinson on 9/7/73 - included under original No. CA*

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-5 | Fred W. Householder v. International House of Pancakers  3/20/74 | D. Md. Kaufman | 73-396-K | 4/8/74 | 74-193-W-2 | | |
| | 8 transfers to  6/30/74 | | | | | | |
| XYZ-1 | Michael J. Olenczuk v. International Industries, Inc. | | 20497-2 | Verified of Trans By Int Court May 1975 | XX2 | | 10 6 |
| XYZ-2 | William Young v. International Industries | | 20534-2 | | | | 19 |
| XYZ-3 | Kenneth N. Hilton v. International Industries | | 20575-2 | | Dis | | 1 |
| XYZ-4 | Donald W. Heath v. International Industries, Inc. | | 20646-2 | | Pending | | 12 |
| XYZ-5 | Albert Manuel Pedro v. International Industries, Inc. | | 74CV129-W-2 | | | | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 77 — IN RE INTERNATIONAL HOUSE OF PANCAKES FRANCHISE LITIGATION

LIAISON COUNSEL

| No. | Plaintiff | Defendant |
|---|---|---|
|  | Sheridan morgan, Esq.<br>Morris, King, Stamper & Bold<br>1200 City National Bank Building<br>928 Grand Avenue<br>Kansas City, Missouri  64106 | Thomas J. Wheatley, Esq.<br>Lathrop, Koontz, Righter, Clagett,<br>   Parker & Norquist<br>1550 Ten Main Center<br>Kansas City, Missouri  64105 |
| B-4 | John R. Beranek, Esquire<br>Jones, Paine & Foster<br>601 Flagler Drive Court<br>P.O. Box 2190<br>West Palm Beach, Florida  33402<br><br>Myron N. Krotinger, Esquire<br>Burke, Haber & Berick<br>Central National Bank Bldg.<br>Cleveland, Ohio  44114<br><br><br>JOHN ROSSER<br>ROBERT C. HUANG<br>   Morris, King, Stamper & Bold<br>   See above<br><br>Robert M. Brown, Esq.<br>310 Sansome<br>San Francisco, Calif.<br><br>Mark J. Klein, Esq.<br>2218 Commerce Tower<br>Kansas City, Missouri | (FAILLA)<br>William G. Springer   *APP*<br>505 Arctic Building<br>Seattle, Washington  98104<br><br>FMS MANAGEMENT SYSTEMS INC. — *HARRY KEMPER*<br>   Trenam, Simmons, Kemker, Scharf<br>      & Barkin<br>   P.O. Box 1102<br>   Tampa, Florida  33601 |
| B-5 | George W. McManus, Jr., Esquire<br>10 Light Street<br>Baltimore, Maryland  21202 |  |

DOCKET NO. 77

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

IN RE INTERNATIONAL HOUSE OF PANCAKES FRANCHISE LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1<br>A-2 | Mark J. Klein, Esquire<br>2218 Commerce Tower<br>911 Main Street<br>Kansas City, Missouri 64105<br><br>Barton P. Cohen, Esquire<br>7900 Marty<br>Shawnee Mission, Kansas<br><br>Sheridan Morgan, Esquire<br>Donald H. Loudon, Esquire<br>Morris, King, Stamper & Bold<br>1200 City National Bank Building<br>928 Grand Avenue<br>Kansas City, Missouri 64106 | Thomas J. Wheatley, Esquire<br>Lathrop, Koontz, Righter, Clagett, Parker<br>  & Norquist<br>1550 Ten Main Center<br>Kansas City, Missouri 64105<br><br>Harry L. Gershon, Esquire<br>Richards, Watson & Hemmerling<br>615 South Flower Street<br>Los Angeles, California 90017 |
| A-3 | Same as A-1 & A-2 (Klein & Morgan) | Same as A-1 & A-2 (Wheatley & Gershon) |
| A-4 | Same as A-1 & A-2 (Klein & Morgan) | Same as A-1 & A-2 (Wheatley) |
| A-5<br>A-6<br>A-7 | Robert M. Brown, Esquire<br>Brown & Tierney<br>2807 Castro Valley Boulevard<br>Castro Valley, California | Richards, Watson & Dreyfuss<br>615 So. Flower Street<br>Los Angeles, California 90017 |
| A-8 | David Berger, Esquire<br>~~Herbert R. Newburg, Esquire~~<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103 | Arthur H. Kahn, Esquire<br>1719 Packard Building<br>Philadelphia, Pennsylvnia 19102 |
| A-9 | Same as A-8 (Berger) | |
| B-1<br>B-2<br>B-3 | Same as A-5,6, & 7) Brown | Thomas J. Wheatley<br>Lanthrop, Koontz, Righter,<br>Clagett, Parker & Norquist<br>1550 Ten Main Center<br>Kansas City, Missouri 64105 |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 77 -- International House of Pancakes Franchise Litigation

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| International Industries, Inc | A-1; A-2; A-3; A-4; A-5; A-6; A-7; A-8 |
| IHOP of Cook County, Inc | A-1; A-2; A-4 |
| Inter'l House of Pancakes of Arizona Inc | A-1 |
| | |
| | |
| | |
| | |
| | |
| | |